# Exhibit 1

 

July 21, 2025

**VIA EMAIL**

Leaf Trading Cards
400 Tittle Rd. Bldg.B
The Colony, TX 75056
Attn: Josh Pankow
josh@leaftradingcards.com

Re: <u>Leaf NFL Player Trading Cards</u>

Dear Mr. Pankow,

We are writing on behalf of the National Football League Players Association (the "<u>NFLPA</u>") and OneTeam Partners, LLC ("<u>OneTeam</u>", and together with the NFLPA, "<u>we</u>" or "<u>us</u>").  Please be advised that the NFLPA and OneTeam together represent certain collective commercial and other interests of current NFL players (the "<u>Players</u>") and protect and enforce various rights of the Players, including their rights of publicity and other proprietary rights.

The NFLPA, and its subsidiary NFL Players Inc., are the exclusive licensing agents for NFL Players' names, images, likenesses, nicknames, initials, persona, personal indicia, jersey numbers, autograph/signatures (including facsimiles), voices, pictures, photographs, animation, identities, statistics, biographical information and/or other identifying characteristics of the Players (collectively, the "<u>Attributes</u>") when used in a group of six (6) or more players, (the "<u>Group Player Rights</u>") for trading cards and related products ("<u>Trading Cards</u>").  The Attributes and Group Player Rights have substantial value, and the ability to control how the Players' Attributes are used is of great significance to the Players and us.

We have recently learned that Leaf Trading Cards ("<u>Leaf</u>") is using the Attributes of more than six (6) Players to advertise, market, offer for sale and sell Trading Cards.  As you can imagine, this is concerning to us.  With that in mind, we would like to understand more about Leaf's relationships with the Players used in your Trading Card products. As such, we request the following information:

1. A roster of all Players used in Leaf Trading Card products and related marketing; and
2. Details regarding all agreements with and/or authorization by such Players, including the date such contract was signed, the ending date of the term, the rights

granted under such contract, and any sell-off or other provision permitting sales after the term of such agreement.

Further, we would like to schedule a discussion among our respective principals. Please provide your availability.

If you have any questions in the interim, we can be reached on the phone at 512.590.1163; sophie.gage@nflpa.com (Sophie) or 917.608.8891; tim.slavin@oneteam.com (Tim).

Please note that the statements in this letter are made solely for the purpose of reaching an amicable resolution of this matter, do not purport to be a full recitation of the facts related to the subject matter hereof, and are without prejudice to all of the rights and remedies, in equity, at law or otherwise, available to the NFLPA, OneTeam, or their respective members, affiliates or agents, all of which are expressly reserved.

Thank you in advance for your attention and we look forward to your response.

Sincerely,

Tim Slavin
Managing Dir. & Chief Legal Officer

OneTeam Partners

Sophie Gage
Vice President, Business & Legal Affairs

NFL Players Incorporated

cc:     Matt Curtin
        Sean Sansiveri