# Exhibit 2



Nixon Peabody LLP
Exchange Place, 53 State Street
Boston, MA  02109-2835

**Jason C. Kravitz**
Partner

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

T / 617.345.1318
F / 866.947.1715
jkravitz@nixonpeabody.com

**Fed. R. Evid. 408 – For Dispute Resolution Purposes Only
Not Admissible for Any Litigation Purpose**

July 23, 2025

**VIA EMAIL – (tim.slavin@oneteam.com; sophie.gage@nflpa.com;)**

| | |
|---|---|
| Tim Slavin | Sophie Gage |
| Managing Dir. & Chief Legal Officer | Vice President, Business & Legal Affairs |
| OneTeam Partners | NFL Players Incorporated |

Re:      Leaf NFL Player Trading Cards

Dear Mr. Slavin and Ms. Gage:

This firm represents Leaf Trading Cards, LLC ("Leaf").  I write in response to your July 21, 2025 letter (the "July 21 Letter").

The July 21 Letter states that the NFLPA and its subsidiary NFL Players Inc. (collectively for this letter, "NFLPA") are the exclusive licensing agents for NFL players' names, images, etc. "when used in a group of six (6) or more players … for trading cards and related products."  The July 21 Letter then alleges that Leaf is using the attributes of "more than six (6) Players to advertise, market, offer for sale and sell" trading cards.  The July 21 Letter does not cite or enclose any examples.

If you are aware of a specific Leaf trading card, or a specific example of Leaf advertising, that features a group of six (6) or more active NFL players, please send me an image of that card or advertising at your earliest convenience, along with a copy of any licensing agreement(s) that you believe to be relevant.

The July 21 Letter demands that Leaf provide: (1) a roster of all players featured on its cards (and related marketing) and; (2) details of all agreements Leaf has with players.  Given that you have yet to identify an actual Leaf trading card that features a group of six (6) or more active NFL players, this smacks of a fishing expedition, not to mention anti-competitive conduct and intimidation.  As such, we will respectfully decline to provide you with any proprietary information concerning Leaf's business.  If NFL players are in violation of an agreement they have with NFLPA, you should raise your concerns directly with those players and their representatives.

This letter shall also serve as formal notice that NFLPA and OneTeam are obligated to preserve, and not destroy, all documents relating to the subject matter of the July 21 Letter, including without limitation all communications with Fanatics Inc. and/or its counsel or agents about Leaf.

This letter is written without prejudice to Leaf, and Leaf expressly reserves all rights and remedies available to it under state and federal law.

Very truly yours,

Jason C. Kravitz