# Exhibit 4



Nixon Peabody LLP
Exchange Place, 53 State Street
Boston, MA  02109-2835

**Jason C. Kravitz**
Partner

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

T / 617.345.1318
F / 866.947.1715
jkravitz@nixonpeabody.com

**Fed. R. Evid. 408 – For Dispute Resolution Purposes Only
Not Admissible for Any Litigation Purpose**

October 28, 2025

**VIA EMAIL – (DGreenspan@winston.com)**

David L. Greenspan
Winston Strawn LLP
200 Park Avenue
New York, NY  10166

Re:      Leaf NFL Player Trading Cards

Dear Dave:

As you know, this firm represents Leaf Trading Cards, LLC ("Leaf").  I write in response to your October 10, 2023 letter (the "October 10 Letter").

The October 10 Letter pivots from the allegations lodged by Tim Slavin and Sophie Gage in their July 21, 2023 letter (the "July 21 Letter"), as Leaf is now accused of using thirteen players in its trading cards without license.  These new accusations are unfounded and only serve to further evidence NFLPA and One Team's anti-competitive conduct and efforts to intimidate a much smaller competitor.  As such, Leaf will, once again, decline the demand to provide the NFLPA or One Team any proprietary information concerning its business or its deals with players.

It is unclear what your endgame is here.  But if this harassment persists, players and agents will necessarily become embroiled in this controversy.

You are reminded that NFLPA and One Team have an affirmative obligation to preserve, and not destroy, all documents relating to the subject matter of the July 21 Letter and the October 23 Letter, including without limitation all communications with Fanatics Inc. and/or its counsel and individual players and their representatives.

This letter is written without prejudice to Leaf, and Leaf expressly reserves all rights and remedies available to it under state and federal law.

Very truly yours,

Jason C. Kravitz